| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wanger, Oliver W | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. Cal. | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>7801 U.S. Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/14/96 | George O'Tool, OWW, Paul Aloe & James Publishing, agreement to write manuscript for trial practice book,. 3 1/3% royalty on receipts. Only $1,000 paid. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Fresno County - salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Mutual Fund | C | Dividend | L | T | | | | | |
| 2. LaJolla Venture Ltd. ▮ | B | Rent | J | V | | | | | |
| 3. Central Valley Dev. Co. common stock ▮ | C | Rent | J | V | | | | | |
| 4. Kansas G&E First Mtg. Bond 1/15/06 | B | Interest | K | T | | | | | |
| 5. CNA Financial Corp. Notes 12/18/08 | B | Interest | K | T | | | | | |
| 6. BankAmerica Corp. Smart Notes 3/4/97 | B | Interest | J | T | | | | | |
| 7. Solomon Smith Barney Note 1/28/15 | A | Interest | K | T | Called | 1/28 | K | A | |
| 8. General Motors Accept. Corp. Smt. Note 3/15/07 | B | Interest | K | T | | | | | |
| 9. AIM Equity Fund Large Cap | no | None | J | T | sell | 4/5 | J | A | |
| 10. Pimco Target Fund | no | None | J | T | sell | 4/8 | J | A | |
| 11. Goldman Sachs Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 12. Pimco Value Fund | A | Dividend | J | T | Sell | 4/6 | J | A | |
| 13. Franklin Growth Fund | A | Dividend | J | T | sell | 3/28 | J | A | |
| 14. Pimco Rennaisance Fund | no | None | J | T | sell | 4/6 | J | A | |
| 15. Harley-Davidson (common stock) ▮ | A | Dividend | J | T | sell | 11/21 | J | A | |
| 16. Starbucks Corp. (common stock) ▮ | A | Dividend | J | T | sell partial | 12/5 | J | A | |
| 17. Citibank Deposit Program | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Household Fin. Corp. 3/15/05 | A | Interest | J | T | Matured | 3/15 | J | A | |
| 19. Citi Group, Inc. Global Notes | A | Interest | J | T | Matured | 6/30 | J | A | |
| 20. Household Fin. Corp. Internotes | B | Interest | K | T | sell | 9/15 | K | A | |
| 21. Gen. Motor Accept. Corp. Smart 3/15/07 | C | Interest | K | T | | | | | |
| 22. Gen. Motor Accept. Corp. Notes 9/15/05 | B | Interest | K | T | Matured | 9/15 | K | A | |
| 23. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 24. Inv. Co. of America | A | Dividend | K | T | | | | | |
| 25. MFS Investment New Discovery Fund | A | Dividend | K | T | | | | | |
| 26. Solomon Smith Barney Med. Term Notes | no | None | K | T | Redemption | 1/28 | K | A | |
| 27. Solomon Bros. Cap & Income Fund | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley Notes 5/15/10 | A | Interest | J | T | | | | | |
| 29. Verizon Pennsylvania | A | Interest | J | T | | | | | |
| 30. Goldman Sachs Group 7/15/13 | A | Interest | K | T | | | | | |
| 31. CIT Group Internotes 4/15/07 | A | Interest | K | T | Buy | 4/4 | K | | |
| 32. Wilmington Savings CD | A | Interest | K | T | Matured | 3/2 | K | A | |
| 33. Washington Trust Bank CD 3/8/05 | A | Interest | K | T | Matured | 3/8 | K | A | |
| 34. New York Community Bank CD 3/29/05 | A | Interest | L | T | Matured | 3/29 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001- $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Guaranty Bank - WI 4/12/05 | A | Interest | K | T | Buy/Matured | 1/12 4/12 | K | A | |
| 36. Evergreen Asset Allocation Fund | A | Dividend | J | T | Buy | 4/7 | J | A | |
| 37. Franklin Income Fund | A | Dividend | K | T | Buy | 3/28 4/5 & 4/7 | K | A | |
| 38. CIT Group Internotes 4/15/07. | A | Interest | K | T | Buy | 4/4 | K | A | |
| 39. Caterpillar Fin. Services 4/15/10 | A | Interest | J | T | Buy | 4/11 | J | A | |
| 40. General Elec. Cap. Corp. 4/15/11 | A | Interest | J | T | Buy | 4/11 | J | A | |
| 41. Hartford Life Global Fdg. 4/15/12 | A | Interest | J | T | Buy | 4/11 | J | A | |
| 42. First Bank of Puerto Rico 7/20/05 CD | A | Interest | K | T | Buy/Matured | 4/13 7/20 | K | A | |
| 43. Fremont Inv. & Loan 7/20/05 CD | A | Interest | K | T | Buy/Matured | 4/13 7/20 | K | A | |
| 44. American Gen. Fin. Corp. Notes 5/15/09 | A | Interest | J | T | Buy | 5/23 | J | A | |
| 45. Merrill Lynch Notes 8/15/10 | A | Interest | J | T | Buy | 6/24 | J | A | |
| 46. Caterpillar Fin. Servs. Note 6/15/09 | A | Interest | J | T | Buy | 6/27 | J | A | |
| 47. CIT Group Internotes 8/15/07 | A | Interest | J | T | Buy | 8/8 | J | A | |
| 48. Capital World Growth & Income Fund | A | Interest | J | T | Buy | 10/4 | J | A | |
| 49. International Lease Fin. Corp. Notes 9/15/07 | A | Interest | J | T | Buy | 10/1 | J | A | |
| 50. Daimler Chrysler North Am. Note 10/15/08 | A | Interest | K | T | Buy | 10/11 | K | A | |
| 51. BMW Bank of North Am. 12/12/05 CD | A | Interest | L | T | Buy | 10/4 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Israel Discount Bank of NY 1/19/05 CD | A | Interest | L | T | Buy | 10/11 | L | A | |
| 53. Eurobank-PR 11/1/05 CD | A | Interest | K | T | Buy | 11/1 | K | A | |
| 54. GMAC Comm. Mtg. Bk. 6/16/06 CD | A | Interest | L | T | Buy | 12/14 | L | A | |
| 55. Genentech Ins. ▮ | no | None | J | T | Buy | 12/14 | J | | |
| 56. Microsoft Corp. ▮ | no | None | J | T | Buy | 12/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wanger, Oliver W | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  5-11-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544